■ KEY BANK OF WESTERN NEW YORK, N. A., Appellant, v KESSLER GRAPHICS CORPORATION et al., Defendants, and MORRIS DIAMOND, Individually and as an Officer of the Kessler Graphics Corporation and Another, and as a Partner of Southward Investments, et al., Respondents. (Appeal No. 2.) [608 NYS2d 130] —Appeal unanimously dismissed without costs as moot. Same Memorandum as in *Key Bank v Kessler Graphics Corp.* (199 AD2d 978 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Flaherty, J.—Renewal.) Present —Denman, P. J., Lawton, Doerr and Davis, JJ.